**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1492**

———————

In Re: LINDA L. KING,

                                                    Debtor.

————————————————

LINDA L. KING,

                                    Plaintiff - Appellant,

        versus

IRVING EVANS; GARNET EVANS,

                                    Defendants - Appellees,

        and

ELLEN W. COSBY,

                                                    Trustee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, District Judge.  (CA-
01-33, CA-01-34, BK-00-2078-5-JS)

———————

Submitted:  September 20, 2001       Decided:  September 25, 2001

———————

Before LUTTIG, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Linda L. King, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Linda L. King appeals from the district court's orders dismissing her appeal from the bankruptcy court's order for failure to comply with Fed. R. Bankr. P. 8009(a), and denying her motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error and no abuse of discretion. See Fed. R. Bankr. P. 8001(a); In re Serra Builders, Inc., 970 F.2d 1309, 1311 (4th Cir. 1992). Accordingly, we affirm on the reasoning of the district court. King v. Evans, Nos. CA-01-33; CA-01-34; BK-00-2078-5-JS (D. Md. Mar. 16, 2001 & Mar. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED